```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 63577
   REGINA M MARTIN HARDAWAY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-5113


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/22/2005 and was confirmed 02/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
AARONS SALES & LEASE       SECURED          1200.00         65.93        731.65
CAPITAL ONE AUTO FINANCE   SECURED         23679.55       2044.87       4082.29
NUVELL CREDIT CORPORATIO   SECURED         29071.32       5360.29       4390.75
NUVELL CREDIT COMPANY LL   NOTICE ONLY    NOT FILED          .00           .00
ACCESS COMMUNITY HEALTH    UNSECURED      NOT FILED          .00           .00
AMERICREDIT FINANCIAL SE   UNSECURED       15298.89          .00           .00
AMERICREDIT                NOTICE ONLY    NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD O   UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BLUE CROSS BLUE SHIELD     UNSECURED      NOT FILED          .00           .00
BOB WATSON CHEVROLET       UNSECURED      NOT FILED          .00           .00
DIRECT TV                  UNSECURED      NOT FILED          .00           .00
FIRST NATIONAL BANK OF M   UNSECURED      NOT FILED          .00           .00
FIRST PREMIER BANK         UNSECURED      NOT FILED          .00           .00
GLOBAL READER SERVICES     UNSECURED      NOT FILED          .00           .00
HOUSEHOLD BANK             UNSECURED      NOT FILED          .00           .00
MT SINAI HOSPITAL MED CE   UNSECURED      NOT FILED          .00           .00
MT SINAI HOSPITAL MEDICA   UNSECURED      NOT FILED          .00           .00
MT SINAI HOSPITAL MEDICA   UNSECURED      NOT FILED          .00           .00
MT SINAI HOSPITAL MEDICA   UNSECURED      NOT FILED          .00           .00
MT SINAI HOPITAL MEDICAL   UNSECURED      NOT FILED          .00           .00
MT SINAI HOPITAL MEDICAL   UNSECURED      NOT FILED          .00           .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED          .00           .00
PELLETTIERI & ASSOC        UNSECURED      NOT FILED          .00           .00
PENN CREDIT CORP           UNSECURED      NOT FILED          .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63577 REGINA M MARTIN HARDAWAY
```

```
SANTA BARBARA BANK & TRU  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
MT SINAI HOSPITAL MEDICA  UNSECURED        NOT FILED               .00           .00
SINAI MEDICAL GROUP       UNSECURED        NOT FILED               .00           .00
SINAI MEDICAL GROUP       UNSECURED        NOT FILED               .00           .00
SINAI MEDICAL GROUP       UNSECURED        NOT FILED               .00           .00
SINAI MEDICAL GROUP       UNSECURED        NOT FILED               .00           .00
SINAI MEDICAL GROUP       UNSECURED        NOT FILED               .00           .00
AMERICREDIT FINANCIAL SE  SECURED NOT I          .00               .00           .00
TIMOTHY K LIOU            DEBTOR ATTY      1,356.20                           342.51
TOM VAUGHN                TRUSTEE                                             971.21
DEBTOR REFUND             REFUND                                                 .00
```

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   17,989.50

PRIORITY                                                  .00
SECURED                                              9,204.69
    INTEREST                                         7,471.09
UNSECURED                                                 .00
ADMINISTRATIVE                                         342.51
TRUSTEE COMPENSATION                                   971.21
DEBTOR REFUND                                             .00
                          ---------------        ---------------
TOTALS                    17,989.50              17,989.50

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 10/18/07       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                          PAGE   2
          CASE NO. 05 B 63577 REGINA M MARTIN HARDAWAY